21    In the Matter of the Claim of PAUL BRINKMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— COOKE, J. Appeal by claimant from a decision of the Unemployment Insurance Appeal Board, filed April 9, 1968, disqualifying claimant, a driving instructor, from unemployment insurance benefits on the ground that he voluntarily left his employ-

ment without good cause by provoking his discharge. It is undisputed that claimant insisted that his compensation for each driving test or lesson be raised to 70% of the amount taken in by employer in connection with his work, in effect a substantial increase over the amount then being paid, and thereafter no more work was assigned to him. What constitutes good cause within paragraph (a) of subdivision 1 of section 593 of the Labor Law is a question of fact, the resolution of which is within the province of the board if supported by substantial evidence (Labor Law, § 623; *Matter of D'Arcangelis [Catherwood]*, 29 A D 2d 706) and, on the record here, we cannot disturb the board's determination, as dissatisfaction with the recompense paid does not *ipso facto* constitute good cause (*Matter of Haynes [Catherwood]*, 30 A D 2d 722; *Matter of Simson [Catherwood]*, 18 A D 2d 744; *Matter of Sellers [J. W. Mays, Inc.—Catherwood]*, 13 A D 2d 204). Decision affirmed, without costs. Gibson, P. J., Reynolds, Staley, Jr., Cooke and Greenblott, JJ., concur in memorandum by Cooke, J.